JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO MILLSAP,      ) | No. CV 11-08268-GHK (VBK) |
| )            Petitioner,  ) | JUDGMENT |
|     v.                              ) | |
| TIM VIRGA,                    ) | |
|             Respondent.    ) | |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    **IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:   10/17/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE